IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRANDON TERRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1523-N-BN |
| | § | |
| CLIFCO SPICE SALES, INC. and JOSH SCHISLER, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Brandon Terrell's motion under Federal Rule of Civil Procedure 12(f) to strike Defendants Clifco Spice Sales, Inc. and Josh Schisler's fourth, tenth, and eleventh affirmative defenses [Dkt. No. 14].

SO ORDERED this 22nd day of August, 2025.

_____
DAVID C. GODBEY
CHIEF JUDGE